

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00433-CV

**IN RE** Alan and Audrey **MERIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  June 25, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On June 19, 2014, relators Alan and Audrey Merin filed a petition for writ of mandamus complaining of the trial court's discovery orders and an emergency motion for stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-12338, styled *Alan Merin and Audrey Merin v. Scott Tschirhart; The Tschirhart Law Firm, PC; Gary Gibson; Carabin and Shaw, PC; David Earl; Earl & Associates, PC; David Navarro; Hornberger Sheehan Fuller Beiter Wittenberg & Garza*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.